UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

     v.                           Criminal No. 04-cr-192-JD

<u>Bruce Belton</u>

<u>PROCEDURAL ORDER</u>

The court met with counsel on October 4, 2005, to discuss the scheduling of this case.  The defendant had not yet returned to the state of New Hampshire following his hospitalization. Defense counsel indicated that he expects that the defendant would be returning soon and that he wanted the opportunity to meet with the defendant to review his case.

Therefore, in the interest of justice, the trial of this matter is rescheduled to December 6, 2005.

Defense counsel's motion to allow a day off during the trial that was originally scheduled for November (document no. 29) is moot.

SO ORDERED.

Joseph A. DiClerico, Jr.
United States District Judge

October 13, 2005

cc:  Paul J. Garrity, Esquire
     Joseph N. Laplante, Esquire
     U.S. Probation
     U.S. Marshal